**IN THE UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF WEST VIRGINIA**
**AT BECKLEY**

**SCOTTY EMMANUEL MOORE,**

    **Plaintiff,**

**vs.**                            **//////  CIVIL ACTION NO.  5:17-cv-04049**

**BRITTANY MEADOWS and**
**SCHNEIDER NATIONAL CARRIERS, INC.,**

    **Defendants.**

**DISMISSAL ORDER**

THIS DAY came the Plaintiff, Scotty Emmanuel Moore, by counsel, Dwight J. Staples, Esquire, and as well came the Defendants, Brittany Meadows and Schneider National Carriers, Inc., by counsel, Melvin F. O'Brien, Esquire, of Dickie, McCamey & Chilcote, L.C.;

And the parties, having advised the Court that all matters in controversy between the parties as alleged in Plaintiff's Complaint have been knowingly, voluntarily, and in good faith, resolved and who, therefore, jointly moved the Court to dismiss this matter from this Court's docket, with prejudice.

There being no objections and the Court perceiving none, it is hereby **ADJUDGED** and **ORDERED** that this cause of action be dismissed with prejudice and stricken from the docket.

The Clerk of the United States District Court for the Southern District of West Virginia is Ordered to forward attested copies of this *Dismissal Order* to all counsel of record in this matter.

1

Entered this ____ day of _____, 2018.

                                                   _____

                                                   Irene C. Berger
                                                   United States District Judge
                                                 Southern District of West Virginia

PREPARED BY:

*/s/ Melvin F. O'Brien*
Melvin F. O'Brien, Esq. (WV #6797)
2001 Main Street, Suite 501
Wheeling, WV  26003
Phone: 304-233-1022
Fax: 888-811-7144
E-mail:  mobrien@dmclaw.com

*Counsel for Defendants Brittany Meadows*
*and Schneider National Carriers, Inc.*

*APPROVED BY:*

*/s/ Dwight J. Staples*
Dwight J. Staples, Esq.
Henderson, Henderson Staples
711 Fifth Avenue
Huntington, WV 25701
*Counsel for Plaintiff*